C S A

E-filing

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

CR 01-0070 MJJ

11   JOHN SEARS,                                        No. C07-02129 MJJ

12              Plaintiff,                              **ORDER TO SHOW CAUSE**

13      v.

14   United States,

15              Defendant.
                                            /
16

17          Pro se Petitioner John Sears ("Petitioner") is currently serving a term of one-hundred and

18   eight (108) months at the Federal Correctional Institution ("FCI") in Waseca, MN.  On October 16,

19   2003, Petitioner pled guilty to one count of Possession of Cocaine for Sale (21 U.S.C. § 841).

20   Petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2255.

21          Petitioner seeks habeas corpus relief, claiming that his sentence is unconstitutional for three

22   reasons.  First, Petitioner claims that he was given ineffective assistance of counsel when his counsel

23   failed to investigate a particular law enforcement officer's pattern of Fourth Amendment violations.

24   Second, Petitioner claims that he was given ineffective assistance of counsel when his counsel failed

25   to investigate and introduce evidence of police misconduct and "flagrant disregard for the terms of

26   the search warrant."  Third, Petitioner claims that he was given ineffective assistance of counsel

27   when his counsel failed to investigate to argue during Petitioner's appeal that the errors in the search

28   warrant were not entitled to the good faith exception.

            For the foregoing reasons and for good cause shown, it is hereby ordered that:

United States District Court
For the Northern District of California



1   1.   The Clerk of the Court shall serve by certified mail a copy of this Order and the petition and

2   all attachments thereto upon respondent and respondent's attorney, the United States Attorney.  The

3   Clerk shall also serve a copy of this Order on Petitioner.

4   2.   Respondent shall file and serve within sixty (60) days of the issuance of this order, an answer

5   conforming in all respects with Rule 5 of the Rules Governing Habeas Corpus Cases Under Section

6   2255, showing cause why a writ of habeas corpus should not issue.

7   3.   If petitioner wishes to respond to the answer, he shall do so by filing and serving a traverse

8   within thirty (30) days of his receipt of the answer.

9

10   **IT IS SO ORDERED.**

11

12

13   Dated: April 27, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


JOHN SEARS,

          Plaintiff,

v.

USA et al,

          Defendant.
_____/

Case Number: CV07-02129 MJJ

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 30, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


John Sears
Federal Correctional Institution
Prisoner Id 95955-011
P.O. Box 1731, Unit C
Waseca, MN 56093


U.S. Attorney's Office - Civil Division
450 Golden Gate Ave.
San Francisco, CA 94102


Dated: April 30, 2007

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk