UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SEARS,<br><br>        Plaintiff,<br><br>  v.<br><br>UNITED STATES,<br><br>        Defendant.<br>_____/ | No. CV 07-02129 MHP<br>CR 01-00070 MJJ<br><br>**MEMORANDUM & ORDER**<br><br>**Re: Order Dismissing Petition for Writ of Habeas Corpus** |

       Pro se petitioner John Sears pled guilty to one count of Possession of Cocaine for Sale, in violation of 21 U.S.C. section 841, on October 16, 2003. He was subsequently sentenced to a term of 108 months. He filed a petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. section 2255 on April 17, 2007. On March 28, 2008, the court reduced petitioner's sentence to eighty-seven months. See Docket for United States v. Sears, 01-0070 (N.D. Cal.) (Patel, J.), Docket No. 168 (Order Reducing Sentence). Petitioner was released shortly thereafter.

       A case becomes moot if the "the issues presented are no longer 'live' or the parties lack a legally cognizable interest in the outcome." Murphy v. Hunt, 455 U.S. 478, 481 (1984). The only question presented by petition is the legality of petitioner's detention, and he is no longer incarcerated. There is no case or controversy to be decided and the matter is moot.

////

////

////

Accordingly, petitioner Sears's petition for a Writ of Habeas Corpus is DISMISSED.

IT IS SO ORDERED.

Dated: 5/5/2009

MARILYN HALL PATEL
United States District Court Judge
Northern District of California